IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOLID STATE CHEMICALS LTD, and SOLID STATE CHEMICALS INC.; | CIVIL ACTION NO. 2:19-cv-01044-DSC |
| Plaintiffs and Counterdefendant, | Judge Marilyn J. Horan |
| v. | |
| ASHLAND LLC, | |
| Defendant and Counterclaimant. | |

### ORDER OF THE COURT

AND NOW, this ___22nd___ day of ___August___ 2022, on the basis of the parties' agreement to settle the remaining claims at issue in this action, the Court hereby (i) accepts the Stipulated Judgment jointly filed in this matter by the parties, and (ii) orders that judgment shall be entered in favor of Ashland LLC and against Solid State Chemicals Ltd. and Solid State Chemicals Inc. in the amount of one hundred and fifty thousand dollars ($150,000.00) to resolve the damages issue related to Solid State Chemicals Ltd. and Solid State Chemicals Inc.'s failure to remove their equipment upon termination of the Manufacturing Services Agreement.  This Judgment, in combination with this Court's March 24, 2022 Judgment (ECF No. 90) against Solid State Chemicals Ltd. and Solid State Chemicals Inc. in the amount of $237,500.95 for unpaid invoices due to Ashland LLC, results in a total final judgment against Solid State Chemicals Ltd. and Solid State Chemicals Inc. in the combined amount of $387,500.95. Record costs are assessed against Solid State Chemicals Ltd. and Solid State Chemicals Inc.   All pending deadlines and scheduled events are terminated.

BY THE COURT:

*Marilyn J. Horan*